STATE OF CONNECTICUT *v.* KEITH BURKE
(11952)

DUPONT, C. J., LAVERY and SPEAR, Js.

Argued May 3—decision released May 24, 1994

*Todd A. Edgington,* assistant public defender, for the appellant (defendant).

*Pamela S. Meotti,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's

attorney, *Cornelius J. Shea,* supervisory assistant state's attorney, and *Edward Wilson,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.